# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2578
_____

LUTHER ARTHUR HORN, III,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


February 12, 2025


PER CURIAM.

Because the trial court has ruled on Petitioner's motion to dismiss/suppress search and seizure, the Court dismisses the petition for writ of mandamus as moot. *See Granville v. State*, 382 So. 3d 792 (Fla. 1st DCA 2024).

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Luther Arthur Horn, III, pro se, Petitioner.

Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.